969 A.2d 1183

COMMONWEALTH of Pennsylvania, Respondent

v.

Charles PARKER, Petitioner.

No. 163 EM 2008.

Supreme Court of Pennsylvania.

April 23, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of April, 2009, this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for that court to hold a hearing and determine, within 90 days of our order, whether counsel for Petitioner aban-

doned representation of Petitioner. *See* Pa.R.Crim.P. 122. If the trial court determines that counsel abandoned Petitioner, counsel is directed to file a Petition for Allowance of Appeal on Petitioner's behalf within 30 days of the entry of the trial court's order.